District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTUR ATAYANTS,

                          Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                          Defendant.

Case No. 2:24-cv-01986-RSL

STIPULATED MOTION TO STAY
CASE AND ORDER

For good cause, Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until April 20, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. Defendants have filed an answer to the Complaint. Dkt. No. 15. This Court has issued an initial scheduling order. Dkt. No. 14. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS continues to work towards adjudication of Plaintiff's application. Pursuant to a policy memorandum issued on December 2, 2025, all asylum applications have been placed on an adjudicative hold pending a comprehensive review. USCIS Policy Memorandum, *available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf (last visited Jan. 20, 2026). Even through this hold, USCIS continues to work on adjudicating Plaintiff's asylum application, including vetting and background checks, but needs additional time to complete these actions.

Accordingly, the parties request that the Court continue to hold the case in abeyance until April 20, 2026. The parties will submit a status update on or before April 20, 2026.

//

//

//

//

//

//

//

//

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 2

DATED this 20th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
Acting United States Attorney

PRO SE PLAINTIFF

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email: michelle.lambert@usdoj.gov

ARTUR ATAYANTS, *Pro Se* Plaintiff
100 110th Ave NE, Apt B414
Bellevue, WA 98004
Phone: 206-739-9451
Email: art.atayants@gmail.com
*Pro Se Plaintiff*

*Attorneys for Defendant*

*I certify that this memorandum contains 279 words, in compliance with the Local Civil Rules*

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is stayed until April 20, 2026.  The parties shall submit a status update on or before April 20, 2026.  It is so **ORDERED**.


DATED this 21st day of January, 2026.

ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800