District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTUR ATAYANTS,

                    Plaintiff,

          v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                    Defendant.

Case No. 2:24-cv-01986-RSL

STIPULATED MOTION TO STAY CASE
AND ORDER

For good cause, Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until June 19, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. This case is currently stayed through April 20, 2026. Dkt. No. 16.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

With additional time, this case may be resolved without the need for further judicial intervention. As previously reported, USCIS had placed an adjudicative hold on all asylum applications. On March 30, 2026, USCIS announced that it is lifting the adjudication hold for asylum applications from non-high-risk countries.[1] USCIS is in the process of removing the adjudicative hold from the cases of applicants from non-high-risk countries. Once the holds have been removed, USCIS will need additional time to adjudicate applications from non-high-risk countries that had been subject to the hold.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until June 19, 2026. The parties will submit a status update on or before June 19, 2026.

//

//

//

//

//

//

---

[1] https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-screening-and-vetting (last visited Apr. 2, 2026)

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 14th day of April, 2026.

Respectfully submitted,

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendant*

*I certify that this memorandum contains 289 words, in compliance with the Local Civil Rules*

ARTUR ATAYANTS, *Pro Se* Plaintiff
100 110th Ave NE, Apt B414
Bellevue, WA 98004
Phone: 206-739-9451
Email:  art.atayants@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is stayed until June 19, 2026.  The parties shall submit a status update on or before June 19, 2026.  It is so **ORDERED**.

DATED this 15th day of April, 2026.

ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION TO STAY CASE
[Case No. 2:24-cv-01986-RSL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800