District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTUR ATAYANTS,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 2:24-cv-01986-RSL<br><br>STIPULATED MOTION TO STAY CASE AND ORDER |

For good cause, Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until November 23, 2026. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. This case is currently stayed through October 23, 2026. Dkt. No. 23.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

P. 1.

With additional time, this case may be resolved without the need for further judicial intervention. USCIS is working to complete necessary steps to adjudicate his application. As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 23, 2026. The parties will submit a status report on or before November 23, 2026.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 21st day of October, 2026.

Respectfully submitted,

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendant*

*I certify that this memorandum contains 227 words, in compliance with the Local Civil Rules*

*Please see PDF for Plaintiff's Signature*
ARTUR ATAYANTS, *Pro Se* Plaintiff
100 110th Ave NE, Apt B414
Bellevue, WA 98004
Phone: 206-739-9451
Email: art.atayants@gmail.com
*Pro Se Plaintiff*

**ORDER**

The case is stayed until November 23, 2026. The parties shall submit a status update on or before November 23, 2026. It is so **ORDERED**.

DATED this 22nd day of October, 2026.

Robert S. Lasnik
United States District Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800